**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
Shoshana Schiff
*Proposed Counsel to NJ Healthcare Facilities*
*Management LLC, Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| NJ HEALTHCARE FACILITIES MANAGEMENT LLC a/k/a NEW JERSEY HEALTH CARE FACILITIES MANAGEMENT LLC d/b/a ADVANCED CARE CENTER AT LAKEVIEW, | Case No. 15-14871 (VFP) |
| | Honorable Vincent F. Papalia |
| Debtor. | |

Recommended Local Form:    ☒ Followed    ☐ Modified

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF**
**APPLICATION FOR RETENTION OF PROFESSIONAL**

I, **ANTHONY SODONO, III**, being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel to NJ Healthcare Facilities Management LLC a/k/a New Jersey Health Care Facilities Management LLC d/b/a Advanced Care Center at Lakeview, debtor and debtor-in-possession (the "Debtor").

2. My professional credentials include:

    I am an attorney-at-law duly admitted to practice before this Court and a member of the firm of Trenk, DiPasquale, Della Fera & Sodono, P.C. ("Trenk

DiPasquale"). My firm and I possess the requisite expertise in the handling of bankruptcy and reorganization proceedings.

3. Trenk DiPasquale has offices at 347 Mt. Pleasant Avenue, Suite 300, West Orange, New Jersey 07052.

4. The proposed arrangement for compensation, including range of hourly rates, if applicable, is as follows:

| | |
|---|---|
| Partners | $375 - $600 |
| Associates | $225 - $350 |
| Law Clerks | $190 - 4210 |
| Paralegals and Support Staff | $145 - $195 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of senior partner, to reflect their increased experience and expertise.

On March 19, 2015, Trenk DiPasquale was paid $14,156.00 in fees for pre-petition services rendered and $1,717.00 for expenses. These fees were for services rendered pre-petition on March 18 and 19, 2015. Trenk DiPasquale has received a retainer for Chapter 11 services in the amount of $35,844.00.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

2

☒ None

☐ Describe connection:

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   ☒ do not hold an adverse interest to the estate.

   ☒ do not represent an adverse interest to the estate.

   ☒ are disinterested under 11 U.S.C. § 101(14).

   ☒ do not represent or hold any interest adverse to the debtors or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

   ☐ Other, explain:

   _____

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

      ☐ Yes    ☐ No

   b. My qualifications and previous experience as an auctioneer include:

      _____
      _____

   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?    ☐ Yes   ☐ No

      If yes, explain:_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

3

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 20, 2015                              */s/ Anthony Sodono, III*
                                                                   Signature of Professional

                                                                   Anthony Sodono, III
                                                                   Name of Professional

Rev. 7/1/04; jml

4824-9697-7698, v. 1