UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NJ Healthcare Facilities Management, LLC | Case No. 15-14871 (VFP) |
| Debtors. | The Honorable Vincent F. Papalia |

### NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On April 2, 2015, pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**Staff Blue**
1418 65th Street
Brooklyn, NY 11219
Tel.: (718) 232-2583
Fax:  (718) 234-2583
Attn: Eliezer Schwartz

**Specialty Rx, Inc.**
209 Ellis Avenue
Roselle, NJ 07203
Tel.: (908) 241-6337
Fax: (908) 241-6338
Attn: Joel Oberlander

**Hospitality Consulting**
2535 John F. Kennedy Blvd.
Jersey City, NJ 07304
Tel.: (201) 656-9900
Fax: (201) 656-9922
Attn: Marton Ornstein

**Medline Industries, Inc.**
1 Medline Place
Mundelein, IL 60066
Tel.: (847) 643-4232
Fax: (847) 949-3155
Attn: Stacy Leavitt

**Venture Respiratory, Inc.**
3611 14th Avenue, Suite 531
Brooklyn, NY 11218
Tel.: (718) 437-3633 Ext. 104
Fax: (718) 851-7515
Attn: Solomon Reiner

**Page 2**
**NJ Healthcare Facilities**
**Management, LLC**
**Appointment Of Official**
**Committee Of Unsecured Creditors**

<u>Counsel for Committee</u>
David L. Bruck, Esq.
Greenbaum Rowe, *et al.*
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
Tel: (732) 476-2440
Fax: (732) 476-2441

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        Region 3

By: */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Mitchell B. Hausman
        Trial Attorney

Date:   April 2, 2015