B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of New Jersey

In re  **NJ Healthcare Facilities Management LLC**                              ,   Case No.  **15-14871 (VFP)**

Debtor

Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 4,747,798.58 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,027,412.83 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,783,320.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 3,381,036.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 4,747,798.58 | | |
| Total Liabilities | | | | 7,191,769.94 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of New Jersey

In re    **NJ Healthcare Facilities Management LLC**             ,    Case No.   __15-14871 (VFP)__

                                Debtor

Chapter                   __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **NJ Healthcare Facilities Management LLC**                          Case No.    **15-14871 (VFP)**
                                                                    ,
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | 0.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re __NJ Healthcare Facilities Management LLC_____,    Case No. __15-14871 (VFP)__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash on hand** | - | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Operating Account No. 38137458056** | - | **9,395.26** |
| | | | **Bank of America Payroll Account No. 38137458030** | - | **61,885.22** |
| | | | **Bank of America Account No. 38137458043** | - | **5,848.64** |
| | | | **Valley National Bank Operating Account No. 40764850** | - | **197.35** |
| | | | **Wells Fargo Bank Operating Account No. 1472301272** | - | **140,632.41** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **NONE** | - | **0.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **NONE** | - | **0.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **NONE** | - | **0.00** |
| 6. | Wearing apparel. | | **Uniforms** | - | **Unknown** |
| 7. | Furs and jewelry. | | **NONE** | - | **0.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **NONE** | - | **0.00** |

|  | Sub-Total > | **218,458.88** |
|---|---|---|
|  | (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                    ,    Case No.   **15-14871 (VFP)**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Scottsdale Insurance Company Commercial General Liability Policy No. KBS0000001** | - | **0.00** |
| | | **Philadelphia Insurance Company Automobile Policy No. PHPK1041215** | - | **0.00** |
| | | **Companion Prop & Casualty Insurance Co. Workers' Compensation and Employers' Liability Insurance Policy No. 10000016084114** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | | **NONE** | - | **0.00** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **NONE** | - | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **NONE** | - | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **NONE** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **NONE** | - | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **NONE** | - | **0.00** |
| 16. Accounts receivable. | | **Accounts Receivable.** | - | **4,311,339.70** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **NONE** | - | **0.00** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **NONE** | - | **0.00** |

Sub-Total >    **4,311,339.70**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC_____,     Case No. __15-14871 (VFP)_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | NONE | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | NONE | | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Skilled Nursing Facility License for 102 skilled beds and 18 ventilator beds** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | NONE | | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Ford F250 Pickup Truck** | - | 13,000.00 |
| | | **2015 Lincoln MKZ (Lease through Lincoln Automotive Financial Services)** | - | Unknown |
| | | **1994 Ford Bus (bus not working)** | - | Unknown |
| 26. Boats, motors, and accessories. | NONE | | - | 0.00 |
| 27. Aircraft and accessories. | NONE | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, including desk top copier/printer, calculators, lobby furniture, lab equipment and EKG machine (disputed ownership)** | - | 35,000.00 |

Sub-Total >     48,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,  Case No.  __15-14871 (VFP)__

_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various dining room, staff and patient room furniture, televisions, wifi system and portable computers (disputed ownership)** | - | **45,000.00** |
| 30. Inventory. | | **Inventory - including medical, nursing, office, cleaning, laundry, food and feeding supplies and pharmaceutical supplies (estimated)** | - | **125,000.00** |
| 31. Animals. | | **NONE** | - | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | | **NONE** | - | **0.00** |
| 33. Farming equipment and implements. | | **NONE** | - | **0.00** |
| 34. Farm supplies, chemicals, and feed. | | **NONE** | - | **0.00** |
| 35. Other personal property of any kind not already listed. Itemize. | | **NONE** | - | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **170,000.00** |
| (Total of this page) | |
| Total > | **4,747,798.58** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D)  (12/07)

In re __NJ Healthcare Facilities Management LLC__                                      Case No.   __15-14871 (MFP)__
                                 Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| ACCOUNT NO.<br><br>**BZO Foley, LLC**<br>**1417 65th Street**<br>**Brooklyn, NY 11219** | | N A | | **Second Priority Lien**<br><br>**Second Priority Lien and security interest in all or substantially all of the Debtor's assets** | | | | **$400,000.00 plus interest and costs** | |
| | | | | VALUE           **$0.00** | | | | | **Unknown** |
| ACCOUNT NO.<br><br>**Dolores T. Grosso**<br>**600 Masters Way**<br>**Palm Beach Gardens, FL 33418** | | N A | | **Loan**<br><br>**UCC** | | | | **$330,000.00** | |
| | | | | VALUE           **$0.00** | | | | | **Unknown** |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                    Case No.  **15-14871 (MFP)**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| **Ford Motor Credit Corporation** PO Box 220564 Pittsburgh, PA 15257-2564 | | N | A | Automobile Loan 2012 Ford F250 Pickup Truck | | | | | |
| | | | | VALUE          $13,000.00 | | | | $17,192.32 | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| **General Electric Capital Corporation** PO Box 414 W490 Milwaukee, WI 53201 | | N | A | Lien on certain equipment | | | | | |
| | | | | VALUE          $0.00 | | | | $149,337.32 | Unknown |
| ACCOUNT NO. **Note C** | | | | | | | | | |
| **JZ Ventures Limited** 209 East 11th Avenue Roselle, NJ 07203 | | N | A | First Priority Lien First Priority Lien and security interest in all or substantially all of the Debtor's assets | | | | $1,055,883.19 plus interests and costs | |
| | | | | VALUE          $0.00 | | | | | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| **Vicki Ann Grosso** 136 Monterey Pointe Drive Palm Beach Gardens, FL 33418 | | N | A | Loan UCC | | | | | |
| | | | | VALUE          $0.00 | | | | $75,000.00 | Unknown |
| | | | | Total(s) (Use only on last page) | | | | $2,027,412.83 | $0.00 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/13)

.

In re    **NJ Healthcare Facilities Management LLC**                                    Case No.   **15-14871 (VFP)**
_____ ,
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                **1**      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **NJ Healthcare Facilities Management LLC** _____,     Case No.  **15-14871 (VFP)**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx6503**<br><br>**Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280-0110** | - | | | **Taxes** | | | | **1,231,423.08** | **0.00**<br><br>**1,231,423.08** |
| Account No. **xx-xxx6503**<br><br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**Philadelphia, PA 19255-0030** | | | | **On behalf of:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br><br>**NJ Division of Taxation**<br>**PO Box 59**<br>**Trenton, NJ 08646-0059** | - | | | **Taxes** | | | | **545,496.00** | **0.00**<br><br>**545,496.00** |
| Account No.<br><br>**State of New Jersey**<br>**Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | - | | | **Taxes** | | | | **6,401.04** | **0.00**<br><br>**6,401.04** |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **1,783,320.12** | **1,783,320.12** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **1,783,320.12** | **1,783,320.12** |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **NJ Healthcare Facilities Management LLC**                              Case No.   **15-14871 (VFP)**
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Academy Electrical Contractors 17 Palisade Avenue #A Emerson, NJ 07630** | - | | | | | | 2,482.00 |
| Account No. | | | Trade Debt | | | | |
| **Ace Endicio 80 International Boulevard Brewster, NY 10509** | - | | | | | | 40,547.88 |
| Account No. | | | Trade Debt | | | | |
| **Action Elevator Inc. 125 Cllinton Road Unit #6 Fairfield, NJ 07004** | - | | | | | | 963.00 |
| Account No. | | | Trade Debt | | | | |
| **Activity Solutions PO Box 11559 Cincinnati, OH 45211** | - | | | | | | 89.00 |

|  |  |
|---|---|
| __36__  continuation sheets attached | Subtotal (Total of this page) |  44,081.88 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                  S/N:35504-150324    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC_____ ,    Case No. __15-14871 (VFP)_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.                                   Aculabs, Inc. 2 Kennedy Boulevard East Brunswick, NJ 08816 | | - | | Trade Debt | | | | 16,686.53 |
| Account No.                                   Air Gas USA, LLC 5 Iron Horse Road Oakland, NJ 07436 | | - | | Trade Debt | | | | 201.96 |
| Account No.                                   Allstate Medical 34 35th Street Brooklyn, NY 11232 | | - | | Trade Debt | | | | 1,769.08 |
| Account No.                                   American Paper Supply Company PO Box 346 Carlstadt, NJ 07072 | | - | | Trade Debt | | | | 13,854.10 |
| Account No.                                   American Proficiency Institute PO Box 72465 Cleveland, OH 44192 | | - | | Trade Debt | | | | 730.00 |

Sheet no. __1___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,241.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,  Case No.  **15-14871 (VFP)**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Amerihealth Casualty 8000 Midlantic Avenue Suite 410 North Mount Laurel, NJ 08054 | - | | | | | | | 31,916.44 |
| Account No. | | | | Trade Debt | | | | |
| Approved Storage & Hauling Inc. 110 Edison Avenue Mount Vernon, NY 10550 | - | | | | | | | 128.40 |
| Account No. | | | | Trade Debt | | | | |
| Aqua Pro Tec Laboratories 1275 Bloomfield Avenue Fairfield, NJ 07004 | - | | | | | | | 850.00 |
| Account No. | | | | Trade Debt | | | | |
| Archive Systems 39 Plymouth Street Newark, NJ 07101 | - | | | | | | | 420.49 |
| Account No. | | | | Trade Debt | | | | |
| Avalon Painting Corp. 157 Astor Street Newark, NJ 07114 | - | | | | | | | 750.00 |

Sheet no. **2** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **34,065.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,  Case No. __15-14871 (VFP)__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Beacon Medaes PO Box 601452 Charlotte, NC 28260-1452 | - | | | | | | 887.43 |
| Account No. | | | Trade Debt | | | | |
| Bemes, Inc. 808 Sun Park Drive Fenton, MO 63026 | - | | | | | | 28,418.34 |
| Account No. | | | Trade Debt | | | | |
| BKD LLP 910 E. Louis Street suite 200 Springfield, MO 65801 | - | | | | | | 7,585.02 |
| Account No. | | | Trade Debt | | | | |
| Brand Sonnenschine LLP 229 Broadway Suite 600 New York, NY 10007 | - | | | | | | 16,050.00 |
| Account No. | | | Trade Debt | | | | |
| Bratt Maintenance 24 Elm Street Suite 3B Montclair, NJ 07042 | - | | | | | | 5,938.50 |

Sheet no. __3__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,879.29**

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC__ ,      Case No. __15-14871 (VFP)__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade Debt | | | | |
| Briggs Healthcare PO Box 1355 West Des Moines, IA 50266 | | | | | | | | 1,509.91 |
| Account No. **xxxxx9-01-9** | | - | | Trade Debt | | | | |
| Cablevision PO Box 371378 Pittsburgh, PA 15250 | | | | | | | | 264.70 |
| Account No. **xxxxx1-01-8** | | - | | Trade Debt | | | | |
| Cablevision PO Box 371378 Pittsburgh, PA 15250 | | | | | | | | 3,302.38 |
| Account No. | | - | | Trade Debt | | | | |
| Cablevision Media Sales Group 40 Potash Road Oakland, NJ 07436 | | | | | | | | 6,323.47 |
| Account No. | | - | | Trade Debt | | | | |
| Capflow Funding Group PO Box 347767 Pittsburgh, PA 15251-4767 | | | | | | | | 41,976.91 |

Sheet no. __4__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      53,377.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                    ,    Case No.    **15-14871 (VFP)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Care Associates Network LLC** **147 Columbia Turnpike** **Suite 302** **Florham Park, NJ 07932** | - | | | | | | | 150.00 |
| Account No. | | | | Trade Debt | | | | |
| **Caretech Group** **1123 McDonald Avenue** **Brooklyn, NY 11230** | - | | | | | | | 405.09 |
| Account No. | | | | Trade Debt | | | | |
| **Carstens** **PO Box 99110** **Chicago, IL 60693** | - | | | | | | | 170.47 |
| Account No. | | | | Trade Debt | | | | |
| **CBS Outdoor** **185 US Highwawy 46** **Fairfield, NJ 07004** | - | | | | | | | 13,725.00 |
| Account No. | | | | Trade Debt | | | | |
| **Celamark Corporation** **8 Digital Drive** **Suite 100** **Novato, CA 94949** | - | | | | | | | 80.00 |

Sheet no. __5__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **14,530.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                                    ,      Case No.   **15-14871 (VFP)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| Ceridian Small Business 3311 E. Old Shakopee Road Minneapolis, MN 55425 | | - | | | | | | 20.60 |
| Account No. | | | | Trade Debt | | | | |
| Cerner Corporation PO Box 412702 Kansas City, MO 64141-2702 | | - | | | | | | 17,238.88 |
| Account No. | | | | Trade Debt | | | | |
| Charles Tabeek 430 Boonton Turnpike Lincoln Park, NJ 07035 | | - | | | | | | 147.00 |
| Account No. | | | | Trade Debt | | | | |
| Christmas Decor By Creative Images 101 East Main Street Little Falls, NJ 07424 | | - | | | | | | 1,483.98 |
| Account No. | | | | Trade Debt | | | | |
| Citiwaste LLC PO Box 360102 Brooklyn, NY 11236 | | - | | | | | | 446.08 |

Sheet no. _**6**___ of _**36**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **19,336.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                    ,      Case No.   **15-14871 (VFP)**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Clara Maass Medical Center** **PO Box 29947** **New York, NY 10087** | - | | | | | | | 1,154.00 |
| Account No. | | | | Trade Debt | | | | |
| **Clear Channel Media & Entertainment** **45 Mitchell Avenue** **Franklin, NJ 07416** | - | | | | | | | 28,750.00 |
| Account No. | | | | Trade Debt | | | | |
| **Coffee Distributing Corp.** **PO Box 766** **New Hyde Park, NY 11040** | - | | | | | | | 2,049.95 |
| Account No. | | | | Trade Debt | | | | |
| **Computrs, Inc.** **294 Wanaque Avenue** **Pompton Lakes, NJ 07442** | - | | | | | | | 1,267.95 |
| Account No. | | | | Trade Debt | | | | |
| **Continental Health Group** **405 Sherwood Drive** **Kittanning, PA 16201** | - | | | | | | | 53,498.74 |

Sheet no. **7** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,720.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **NJ Healthcare Facilities Management LLC**                              ,        Case No.    **15-14871 (VFP)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Creating with Clay, LLC**<br>**98 Wood Street**<br>**Wyckoff, NJ 07481** | - | | | | | | 440.00 |
| Account No. | | | Trade Debt | | | | |
| **Crestcare Healthcare Supply**<br>**PO Box 727**<br>**Dassel, MN 55325** | - | | | | | | 473.66 |
| Account No. | | | Trade Debt | | | | |
| **Croker Fire Drill Corp.**<br>**PO Box 368**<br>**Islip Terrace, NY 11752** | - | | | | | | 409.04 |
| Account No. | | | Trade Debt | | | | |
| **Culinary Depot**<br>**2 Melnick Drive**<br>**Monsey, NY 10952** | - | | | | | | 1,582.51 |
| Account No. | | | Trade Debt | | | | |
| **Delta Dental**<br>**PO Box 23700**<br>**Newark, NJ 07189** | - | | | | | | 5,230.59 |

Sheet no. __8___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,135.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                                        ,        Case No.   **15-14871 (VFP)**
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dino Pierre** **12 Salter Drive** **Montville, NJ 07045** | - | | | | | | 300.00 |
| Account No. | | | Trade Debt | | | | |
| **Direct TV** **57 Woodland Road** **Demarest, NJ 07627** | - | | | | | | 119.98 |
| Account No. | | | | | | | |
| **Dixie Gents** **Attn:  W. Miranda** **10 Easdale Road** **Wayne, NJ 07470** | - | | | | | | 200.00 |
| Account No. | | | Trade Debt | | | | |
| **DNS Services** **440 NE 77th Avenue, Suite 275** **PO Box 8941** **Vancouver, WA 98668-8941** | - | | | | | | 65.00 |
| Account No. | | | | | | | |
| **Dr. Gamil Makar, M.D.** **1700 NJ 3** **Clifton, NJ 07013** | - | | | | | | 24,000.00 |

Sheet no. __9___ of __36__ sheets attached to Schedule of                         Subtotal                  24,684.98
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**            ,    Case No.   **15-14871 (VFP)**

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dr. James D. Foley, MD**<br>**149 North Mountain Avenue**<br>**Montclair, NJ 07042** | - | | | | | | 550.00 |
| Account No.<br><br>**Driscoll Foods**<br>**4174 Delawanna Avenue**<br>**Clifton, NJ 07014** | - | | Trade Debt | | | | 20,191.69 |
| Account No.<br><br>**Eastern Door Service**<br>**70 Cathy Lane**<br>**Unit 1**<br>**Burlington, NJ 08016** | - | | Trade Debt | | | | 3,810.38 |
| Account No.<br><br>**Ecolab**<br>**PO Box 905327**<br>**Charlotte, NC 28290** | - | | Trade Debt | | | | 1,894.44 |
| Account No.<br><br>**Emdeon**<br>**PO Box 572490**<br>**Salt Lake City, UT 84157-2490** | - | | Trade Debt | | | | 1,200.00 |

Sheet no. __10__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,646.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                              , Case No.   **15-14871 (VFP)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Eric Kerssen 37 Beaver Avenue West Milford, NJ 07480 | - | | | | | | 200.00 |
| Account No. EZ Pass PO Bx 15187 Albany, NY 12212 | - | | Trade Debt | | | | 60.60 |
| Account No. Falk & Associates Liberty Halll Center 1085 Morris Avenue Union, NJ 07083 | - | | Professional Services | | | | 544.00 |
| Account No. FDR Services Corp. PO Box 1994 Hicksville, NY 11802 | - | | Trade Debt | | | | 19,753.84 |
| Account No. Fern Office Supplies PO Box 390 Monsey, NY 10952 | - | | Trade Debt | | | | 2,168.94 |

Sheet no. **11** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,727.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **NJ Healthcare Facilities Management LLC**                                    ,    Case No.    **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent | | | | |
| **FNR Lakeview, LLC**<br>**Attn:  Mr. Zvi Feiner**<br>**8170  McCormick Boulevard**<br>**Suite 100**<br>**Skokie, IL 60076** | - | | | X | X | X | **1,569,871.11** |
| Account No. | | | On behalf of: | | | | |
| **Peckar & Abramson, P.C.**<br>**Attn:  Kevin J. O'Connor, Esq.**<br>**70 Grand Avenue**<br>**River Edge, NJ 07661** | | | **FNR Lakeview, LLC** | | | | **Notice Only** |
| Account No. | | | Trade Debt | | | | |
| **Fulline Supply Company**<br>**PO Box 786**<br>**Maywood, NJ 07607** | - | | | | | | **5,298.23** |
| Account No. | | | Trade Debt | | | | |
| **Future Care Consultants**<br>**170 53rd Street**<br>**Third Floor**<br>**Brooklyn, NY 11232** | - | | | | | | **81,387.06** |
| Account No. | | | Trade Debt | | | | |
| **Garden State Medical Supply**<br>**24 Union Avenue Q**<br>**Lakehurst, NJ 08733** | - | | | | | | **9,460.50** |

Sheet no. __12__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,666,016.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **NJ Healthcare Facilities Management LLC**                                           ,       Case No.   **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| GE Healthcare Fin Services PO Box 641419 Pittsburgh, PA 15264 | - | | | | | | | 8,093.91 |
| Account No. | | | | Trade Debt | | | | |
| Gerimedix, Inc. PO Box 75328 Chicago, IL 60675-5328 | - | | | | | | | 76,591.12 |
| Account No. | | | | Trade Debt | | | | |
| Gordon Irrigation PO Box 84 Harrington Park, NJ 07640 | - | | | | | | | 1,171.63 |
| Account No. | | | | Legal Fees | | | | |
| Guston & Guston, LLP 55 Harristown Road Suite 106 Glen Rock, NJ 07452 | - | | | | | | | 37,729.93 |
| Account No. | | | | Trade Debt | | | | |
| H&R Healthcare 1750 Oak Street Lakewood, NJ 08701 | - | | | | | | | 8,483.92 |

Sheet no. __**13**__ of __**36**__ sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)        **132,070.51**

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC__ , Case No. __15-14871 (VFP)__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Health Care Resources 12 Roszel Road Suite C102 Princeton, NJ 08540 | - | | | | | | | 6,400.00 |
| Account No. | | | | Trade Debt | | | | |
| Health Medx 5100 N. Towne Centre Drive Ozark, MO 65721 | - | | | | | | | 5,842.74 |
| Account No. | | | | Legal Fees | | | | |
| Hellring Lindeman Goldstein & Siegal One Gateway Center Newark, NJ 07102-5323 | - | | | | | | | 25,323.56 |
| Account No. | | | | Trade Debt | | | | |
| Hictory Bathing & Healthcare Solutions 5 Somerset Street Whitehouse Station, NJ 08889 | - | | | | | | | 727.39 |
| Account No. | | | | Trade Debt | | | | |
| Hill Rom Company c/o Rothbard, Rothbard, Kohn & Kellar 50 Park Place Newark, NJ 07102 | - | | | | | | | 3,787.85 |

Sheet no. __14__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **42,081.54**

B6F (Official Form 6F) (12/07) - Cont.

In re    **NJ Healthcare Facilities Management LLC**                                    ,        Case No.    **15-14871 (VFP)**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hospitality Consulting**<br>**2535 John F. Kennedy Blvd.**<br>**Jersey City, NJ 07304** | - | | Trade Debt | | | | 214,556.00 |
| Account No.<br><br>**HQAA**<br>**PO Box 1948**<br>**Waterloo, IA 50704-1948** | - | | Trade Debt | | | | 4,010.00 |
| Account No.<br><br>**Hunziker, Jones & Sweeney**<br>**155 Route 46 West**<br>**Wayne, NJ 07470** | - | | Professional Services | | | | 15,629.47 |
| Account No.<br><br>**I.D.M. Medical Gas Company**<br>**620 Braen Avenue**<br>**Wyckoff, NJ 07481** | - | | Trade Debt | | | | 178.00 |
| Account No.<br><br>**Innovative Supply Group**<br>**110  Hillside Blvd, Suite 7**<br>**Lakewood, NJ 08701** | - | | Trade Debt | | | | 37,167.53 |

Sheet no. __15__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                271,541.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,  Case No.  **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x6889** | | | | Trade Debt | | | | |
| **International Brotherhood of Teamsters Local Union #97 c/o Mets Schiro & McGovern, LLP 555 US Highway 1 South, Ste 240 Iselin, NJ 08830** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Invacare Supply Group 9 Industrial road Milford, MA 01757** | - | | | | | | | **47,060.11** |
| Account No. | | | | Trade Debt | | | | |
| **Iron Mountain PO Box 27128 New York, NY 10087** | - | | | | | | | **410.36** |
| Account No. | | | | Trade Debt | | | | |
| **IWS of New Jersey 375 Route 1&9 South Jersey City, NJ 07306** | - | | | | | | | **3,750.21** |
| Account No. | | | | | | | | |
| **James G. Hardy 1501 Lancer Drive Moorestown, NJ 08057** | - | | | | | | | **63.34** |

Sheet no. **16** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,284.02**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC** ,                     Case No.   **15-14871 (VFP)**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Professional Fees | | | | |
| James M. Cooney, Esq. 200 Centennial Avenue Piscataway, NJ 08854 | | | | | | | | 4,027.50 |
| Account No. **xx9481** | | - | | Utilities | | | | |
| Jersey Central Power & Light PO Box 3687 Akron, OH 44309 | | | | | | | | 20.97 |
| Account No. **xx4438** | | - | | Utilities | | | | |
| Jersey Central Power & Light PO Box 3687 Akron, OH 44309 | | | | | | | | 37,770.01 |
| Account No. | | - | | Trade Debt | | | | |
| Jersey Commercial Carpet 851 Franklin Lakes Road Suite 31 Franklin Lakes, NJ 07417 | | | | | | | | 1,465.90 |
| Account No. | | - | | Trade Debt | | | | |
| Jim Coleman Ltd. 1500 S. Hicks Road Suite 400 Rolling Meadows, IL 60008 | | | | | | | | 133.78 |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,418.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                          ,        Case No.  **15-14871 (VFP)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Kimtech Services LLC 1274 49th Street Brooklyn, NY 11219 | - | | | | | | | 277.63 |
| Account No. | | | | Trade Debt | | | | |
| Laymen Global 298 Fernwood Avenue Edison, NJ 08837-3839 | - | | | | | | | 2,344.79 |
| Account No. | | | | Loan | | | | |
| Linda Bowersox 130 Terhune Drive Wayne, NJ 07470 | - | | | | | | | 52,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Madison Title Agency, LLC 11258 Ocean Avenue Lakewood, NJ 08701 | - | | | | | | | 160.00 |
| Account No. | | | | Trade Debt | | | | |
| Magic on Hold PO Box 890271 Charlotte, NC 28289 | - | | | | | | | 269.55 |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,051.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,    Case No.  **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Mail Finance** **478 Wheelers Farm Road** **Milford, CT 06461** | - | | | | | | 938.37 |
| Account No. | | | Trade Debt | | | | |
| **Major Medical Hospital Services, Inc.** **150 Cooper Road, Suite G-20** **West Berlin, NJ 08091** | - | | | | | | 350.00 |
| Account No. | | | | | | | |
| **Marks Paneth & Shron** **685 Third Avenue** **New York, NY 10017** | - | | | | | | 5,000.00 |
| Account No. **xxxxx-1001** | | | Legal Fees | | | | |
| **McElroy, Deutsch, Mulvaney & Carpenter** **Attn:  James J. DiGiulio** **1300 Mount Kemble Avenue** **PO Box 2075** **Morristown, NJ 07962-2075** | - | | | | | | 1,264.98 |
| Account No. | | | | | | | |
| **MDCC NJ, LLC** **PO Box 218** **Bloomingdale, NJ 07403** | - | | | | | | 1,086.05 |

Sheet no. __19__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,639.40

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC_____ ,    Case No. __15-14871 (VFP)_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Medical ID Solutions 6325 McCoy Road Orlando, FL 32822 | | - | | | | | | 86.86 |
| Account No. | | | | Trade Debt | | | | |
| Medical Support Products Inc. 3125 Nold Road Lancaster, PA 17601 | | - | | | | | | 160.50 |
| Account No. | | | | Trade Debt | | | | |
| Medline Industries, Inc. PO Box 382075 Pittsburgh, PA 15251-8075 | | - | | | | | | 64,386.11 |
| Account No. | | | | Trade Debt | | | | |
| Medpart 1901 10th Avenue Brooklyn, NY 11215 | | - | | | | | | 3,601.20 |
| Account No. | | | | Trade Debt | | | | |
| Mercedes Medical PO Box 850001 Orlando, FL 32885 | | - | | | | | | 3,091.85 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,326.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **NJ Healthcare Facilities Management LLC**                          ,          Case No.   **15-14871 (VFP)**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Metro Med Inc. 375 Morgan Street Phoenixville, PA 19460 | - | | | | | | 2,529.49 |
| Account No. | | | Trade Debt | | | | |
| Mobilex USA 920 Ridgebrook Road Sparks Glencoe, MD 21152 | - | | | | | | 9,441.96 |
| Account No. | | | Trade Debt | | | | |
| Net@work 575 Eighth Avenue New York, NY 10018 | - | | | | | | 601.25 |
| Account No. | | | Trade Debt | | | | |
| New Jersey Fire Equipment LLC 41 Pine street Suite 103 Rockaway, NJ 07866 | - | | | | | | 4,649.80 |
| Account No. | | | Trade Debt | | | | |
| New Jersey Respiratory Associates Attn:  Dan Pino and Greg Pino 8 Bates Drive Fairfield, NJ 07004 | - | | | | | | 6,674.25 |

Sheet no. __21__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,896.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                            ,         Case No.   **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Nextwave Web 229 Marshall Street Paterson, NJ 07503 | - | | | | | | | 1,669.20 |
| Account No. | | | | Trade Debt | | | | |
| North Jersey Neurologic Associates PA 220 Hamburg Turnpike Wayne, NJ 07470 | - | | | | | | | 430.77 |
| Account No. | | | | Trade Debt | | | | |
| Nour Compounding Pharmacy 535 Getty Avenue Suite 2 Clifton, NJ 07011 | - | | | | | | | 24,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Optima Healthcare Solutions PO Box 2766 Stuart, FL 34995 | - | | | | | | | 1,620.00 |
| Account No. | | | | Trade Debt | | | | |
| Patient Care Associates, Inc. 141 Halstead Avenue Mamaroneck, NY 10543 | - | | | | | | | 10,437.73 |

Sheet no. __22__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **38,157.70**

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC_____,  Case No. ___15-14871 (VFP)___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pharma-Care Inc.<br>136 Central Avenue<br>Caldwell, NJ 07006 | - | | | Trade Debt | | | | 7,471.00 |
| Account No.<br><br>Philadelphia Indemnity Insurance Co.<br>One Bala Plaza<br>Suite 100<br>Bala Cynwyd, PA 19004 | - | | | Trade Debt | | | | 6,539.79 |
| Account No.<br><br>Physio-Control, Inc.<br>1200 Collections Center Drive<br>Chicago, IL 60693 | - | | | Trade Debt | | | | 871.05 |
| Account No.<br><br>Pinnacle Dietary<br>50 Jeanne Drive<br>Newburgh, NY 12550 | - | | | Trade Debt | | | | 7,407.00 |
| Account No.<br><br>Point Click Care<br>PO Box674802<br>Detroit, MI 48267 | - | | | Trade Debt | | | | 2,652.21 |

Sheet no. __23__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,941.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **NJ Healthcare Facilities Management LLC**                      ,         Case No.    **15-14871 (VFP)**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Poland Springs Direct 215 6671 Dixie Highway suite 4 Louisville, KY 40258** | - | | Trade Debt | | | | 382.80 |
| Account No. <br><br>**Post Acute Consulting, LLC 75 Congress Street Suite 203 Douglas, MA 01516** | - | | Trade Debt | | | | 1,200.00 |
| Account No. <br><br>**Promptcare Home Infusion PO Box 512520 Philadelphia, PA 19175** | - | | Trade Debt | | | | 1,013.74 |
| Account No. <br><br>**Providigm, LLC Dept. CH 19808 Palatine, IL 60055** | - | | Trade Debt | | | | 2,780.00 |
| Account No. **xxxxxxxxxx & xxxxx5606** <br><br>**PSE&G PO Box 14444 New Brunswick, NJ 08906** | - | | Utilities | | | | 27,632.55 |

Sheet no. __24__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **33,009.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,                Case No.  __15-14871 (VFP)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **PSS World Medical Inc. 62046 Collections Center Drive Chicago, IL 60693** | - | | | | | | | 12,022.68 |
| Account No. | | | | Trade Debt | | | | |
| **Pulse Medical Transportation 24 Andrews Drive Little Falls, NJ 07424** | - | | | | | | | 2,645.00 |
| Account No. | | | | Trade Debt | | | | |
| **Quest Diagnostics PO Box 740985 Cincinnati, OH 45274** | - | | | | | | | 2,730.29 |
| Account No. | | | | Trade Debt | | | | |
| **R&J Control Inc. 58 Harding Avenue Dover, NJ 07801** | - | | | | | | | 6,318.35 |
| Account No. | | | | Trade Debt | | | | |
| **RC Advertising 2903 Tudor Drive Pompton Plains, NJ 07444** | - | | | | | | | 89.88 |

Sheet no. __25__ of __36__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)    **23,806.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                                    ,        Case No.   **15-14871 (VFP)**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RC Medical Inc.**<br>**284 Merrow Road**<br>**Tolland, CT 06084** | - | | Trade Debt | | | | 246.80 |
| Account No.<br><br>**Reliable Medical Inc.**<br>**PO Box 684**<br>**Hackensack, NJ 07601** | - | | Trade Debt | | | | 550.00 |
| Account No.<br><br>**Richard Grosso Jr.**<br>**107 Breckenridge**<br>**Wayne, NJ 07470** | - | | Loan | | | | 11,857.44 |
| Account No.<br><br>**Ritecare Medical**<br>**266 47th Street**<br>**Brooklyn, NY 11220-1010** | - | | Trade Debt | | | | 30.00 |
| Account No.<br><br>**Roadrunner Transportation Services**<br>**PO Box 809066**<br>**Chicago, IL 60680** | - | | Trade Debt | | | | 962.18 |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 13,646.42 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC__ , Case No. __15-14871 (VFP)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| RP Bakery LLC 840 Jersey Street Harrison, NJ 07029 | | - | | | | | | 854.50 |
| Account No. | | | | Trade Debt | | | | |
| Ruth Kalamaridis 37 Ross Avenue Emerson, NJ 07630 | | - | | | | | | 125.00 |
| Account No. | | | | | | | | |
| S. Bertram, Inc. 3401 Tremley Pont Road Linden, NJ 07036 | | - | | | | | | 1,103.99 |
| Account No. | | | | Trade Debt | | | | |
| Safe Shredding 152 Eagle Rock Avenue Roseland, NJ 07068 | | - | | | | | | 96.30 |
| Account No. | | | | Trade Debt | | | | |
| Santec 1420 Linden Avenue Linden, NJ 07036 | | - | | | | | | 313.63 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,493.42

B6F (Official Form 6F) (12/07) - Cont.

In re __**NJ Healthcare Facilities Management LLC**_____,    Case No. __**15-14871 (VFP)**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| Scent Air Technologies Inc. 75 Remittance Drive Suite 6542 Chicago, IL 60675-6542 | - | | | | | | | 380.92 |
| Account No. | | | | Trade Debt | | | | |
| Schutjer Bogar LLC 1426 N. 3rd Street Suite 200 Harrisburg, PA 17102 | - | | | | | | | 40.30 |
| Account No. | | | | | | | | |
| Scott Giaquinto 228 Berdan Avenue Wayne, NJ 07470 | - | | | | | | | 150.00 |
| Account No. | | | | Trade Debt | | | | |
| Sentry Termite & Pest Control 10 Bracken Road West Milford, NJ 07480 | - | | | | | | | 262.15 |
| Account No. | | | | Trade Debt | | | | |
| Sherwin-Williams 832 Mountainview Blvd. Wayne, NJ 07470 | - | | | | | | | 268.62 |

Sheet no. __**28**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,101.99

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC__ , Case No. __15-14871 (VFP)__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| Shred-It Newark 22A Udrey Place Fairfield, NJ 07004 | | - | | | | | | 629.86 |
| Account No. | | | | Trade Debt | | | | |
| Sovereign Medical Group 85 Harristown Road Second Floor Glen Rock, NJ 07452 | | - | | | | | | 17.59 |
| Account No. | | | | Trade Debt | | | | |
| Specialty Portable X-Ray, Inc. 99 Hericho Turnpike Suite 204 Jericho, NY 11753 | | - | | | | | | 3,300.82 |
| Account No. | | | | Trade Debt | | | | |
| Specialty RX 99 Jericho Turnpike Suite 204 Jericho, NY 11753-1015 | | - | | | | | | 192,297.98 |
| Account No. | | | | Trade Debt | | | | |
| Spectrum PO Box 826 Bensalem, PA 19020 | | - | | | | | | 1,116.84 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 197,363.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **NJ Healthcare Facilities Management LLC**                              ,         Case No.   **15-14871 (VFP)**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| St. Joseph Hospital 8 Cedar Road Montville, NJ 07045 | - | | | | | | | 2,400.00 |
| Account No. | | | | Trade debt | | | | |
| St. Joseph Regional Medical Center 703 Main Street Paterson, NJ 07504 | - | | | | | | | 1,923.00 |
| Account No. | | | | Trade Debt | | | | |
| Star Linen & Hospitality 1501 Lancer Drive Bellmawr, NJ 08099 | - | | | | | | | 2,228.43 |
| Account No. | | | | Trade Debt | | | | |
| T-Mobile PO Box 742596 Cincinnati, OH 45274 | - | | | | | | | 278.77 |
| Account No. | | | | Trade Debt | | | | |
| Technical Gas Products 66 Leonardo Drive Oxford, CT 06478 | - | | | | | | | 8,202.60 |

Sheet no. __30__ of __36__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          15,032.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,        Case No.  **15-14871 (VFP)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TenantsSafe ApplicantSafe**<br>**301 Second Street**<br>**Lakewood, NJ 08701** | - | | Trade Debt | | | | 1,105.00 |
| Account No.<br><br>**The Hartford Steam Boiler**<br>**21045 Network Place**<br>**Chicago, IL 60673** | - | | Trade Debt | | | | 220.00 |
| Account No.<br><br>**Time Centre**<br>**7094 Peachtree Industrial Blvd.**<br>**Suite 270**<br>**Norcross, GA 30071** | - | | Trade Debt | | | | 6,841.05 |
| Account No.<br><br>**Tonerquest**<br>**241 37th Street**<br>**Brooklyn, NY 11232** | - | | Trade Debt | | | | 3,030.43 |
| Account No.<br><br>**Township of Wayne**<br>**Water Department**<br>**475 Valley Road**<br>**Wayne, NJ 07470** | - | | Trade Debt | | | | 9,883.93 |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,080.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                    ,          Case No.   **15-14871 (VFP)**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Township of Wayne Fire Department 475 Valley Road Wayne, NJ 07470 | - | | | | | | | 500.00 |
| Account No. | | | | Trade Debt | | | | |
| Tritec Office Equipment 323 New Road Unit 1 & 2 Parsippany, NJ 07054 | - | | | | | | | 3,598.61 |
| Account No. | | | | Trade Debt | | | | |
| Trust Security & Communications Corp. 12 Melaney Drive Monsey, NY 10952 | - | | | | | | | 2,150.17 |
| Account No. | | | | Trade Debt | | | | |
| Twin Med LLC PO Box 54390 Los Angeles, CA 90054-0390 | - | | | | | | | 79,955.59 |
| Account No. | | | | Trade Debt | | | | |
| United AD Label 300 Lang Boulevard Grand Island, NY 14072 | - | | | | | | | 40.06 |

Sheet no. __32__ of __36__ sheets attached to Schedule of        Subtotal        86,244.43
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC** ,                    Case No.  __15-14871 (VFP)__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| United Group Programs, Inc. 350 N. Orleans Street Floor 8 - Suite 1257 Chicago, IL 60654 | - | | | | | | 1,408.32 |
| Account No. | | | Trade Debt | | | | |
| Universal Hospital Services SDS12-090 Minneapolis, MN 55486 | - | | | | | | 3,628.83 |
| Account No. | | | Trade Debt | | | | |
| Upbeat Site Furnishing PO Box 790379 Saint Louis, MO 63179 | - | | | | | | 106.19 |
| Account No. | | | Trade Debt | | | | |
| Uresil LLC 5418 West Toughy Avenue Skokie, IL 60077 | - | | | | | | 149.50 |
| Account No. | | | Insurance | | | | |
| US Premium Finance PO Box 924647 Norcross, GA 30010 | - | | | | | | 6,512.31 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,805.15

B6F (Official Form 6F) (12/07) - Cont.

In re __**NJ Healthcare Facilities Management LLC**_____,    Case No. __**15-14871 (VFP)**__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Valley Electric Inc. PO Box 491 Wayne, NJ 07470 | - | | | | | | | 2,300.00 |
| Account No. | | | | Trade Debt | | | | |
| Venture Respiratory 1413 38th Street Brooklyn, NY 11218 | - | | | | | | | 61,086.49 |
| Account No. | | | | Trade Debt | | | | |
| Vision Service Plan PO Box 742788 Los Angeles, CA 90074 | - | | | | | | | 1,431.43 |
| Account No. | | | | Trade Debt | | | | |
| W.J. Malone Associates, Inc. 780 Riverview Drive Totowa, NJ 07512 | - | | | | | | | 839.95 |
| Account No. | | | | Trade Debt | | | | |
| Wayne Emergency Medical Assoc. PO Box 5514 Parsippany, NJ 07054 | - | | | | | | | 544.00 |

Sheet no. __**34**__ of __**36**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    66,201.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **NJ Healthcare Facilities Management LLC**                                    ,     Case No.  __15-14871 (VFP)__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Wayne Primary Care, PA**<br>**508 Hamburg Turnpike**<br>**Suite 102**<br>**Wayne, NJ 07470** | | - | | | | | 245.00 |
| Account No. | | | Trade Debt | | | | |
| **Western Environmental**<br>**2535 John F. Kennedy Blvd.**<br>**Jersey City, NJ 07304** | | - | | | | | 40,965.45 |
| Account No. | | | | | | | |
| **William Garfinkle**<br>**89 Browning Road**<br>**Short Hills, NJ 07078** | | - | | | | | 125.00 |
| Account No. | | | Trade Debt | | | | |
| **Wound Healing Technologies**<br>**3611 14th Avenue**<br>**Suite 225**<br>**Brooklyn, NY 11218** | | - | | | | | 4,943.40 |
| Account No. | | | Trade Debt | | | | |
| **Yorkville Coffee Company**<br>**PO Box 320187**<br>**Brooklyn, NY 11232** | | - | | | | | 4,048.55 |

Sheet no. __35__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,327.40

B6F (Official Form 6F) (12/07) - Cont.

In re __NJ Healthcare Facilities Management LLC_____,   Case No. __15-14871 (VFP)__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Zimmet Healthcare Services Group LLC 4006 Route 9 South Morganville, NJ 07751** | - | | | **Trade Debt** | | | | 131.25 |
| Account No. **Zoll Lifecor Corp. 121 Gamma Drive Pittsburgh, PA 15238** | - | | | **Trade Debt** | | | | 2,940.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __36__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,071.25 |
| | Total (Report on Summary of Schedules) | 3,381,036.99 |

B6G (Official Form 6G) (12/07)

.

In re  **NJ Healthcare Facilities Management LLC**                                    ,      Case No.  __15-14871 (VFP)__
                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Approved Storage and Waste Hauling**<br>**110 Edison Avenue**<br>**Mount Vernon, NY 10550** | **Contract for Regulated Medical Waste dated June 11, 2014** |
| **Bergen Community College**<br>**Attn:  Dr. Ronald A Milon**<br>**400 Paramus Road**<br>**Paramus, NJ 07652** | **Associate Degree Programs dated  January 1, 2013** |
| **Brand Sonnenschine LLP**<br>**Attn:  Samuel Sonnenschine**<br>**299 Broadway**<br>**Suite 600**<br>**New York, NY 10007** | **Agreement for monthly accounting services dated August 7, 2014** |
| **Cablevision Systems Corporation**<br>**Attn:  Ellen Adler**<br>**40 Potash Road**<br>**Oakland, NJ 07436** | **Purchase Option Agreement dated July 29, 2014** |
| **Companion Property & Casualty Insurance Company**<br>**1700 Market Street**<br>**Philadelphia, PA 19103** | **Workers Compensation and Employers' Liability Policy No. 10000016084114** |
| **FNR Lakeview, LLC**<br>**Attn:  Zvi Feiner**<br>**8170 McCormick Blvd.**<br>**Suite 100**<br>**Skokie, IL 60076** | **Purchase Option Agreement dated June 30, 2012** |
| **Ford Motor Credit Corporation**<br>**PO Box 220564**<br>**Pittsburgh, PA 15257-2564** | **Finance Agreement for 2012 Ford F250 Pickup Truck** |
| **Future Care Consultants**<br>**Attn:  Sam Stern**<br>**170 53rd Street**<br>**Brooklyn, NY 11232** | **Agreement for Billing and Collections dated February 1, 2014** |
| **GE Healthcare Financial Services**<br>**Attn:  Francis Cheh**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264-1419** | **Lease Agreement for Purchase Vents dated 12/30/13** |

**2**
____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **NJ Healthcare Facilities Management LLC**                                    Case No.   **15-14871 (VFP)**

,

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Innovative Supply Group**<br>**110 Hillside Blvd**<br>**Lakewood, NJ 08701** | **Service Agreement for enterals dated August 21, 2013** |
| **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280-0110** | **Agreement with the NJ Division of Taxation for payment of past payroll taxes** |
| **Interstate Waste Services**<br>**Attn:  Alex Barletta**<br>**150 Allen Road**<br>**Suite 201**<br>**Basking Ridge, NJ 07920** | **Service Agreement for Garbage Collection dated July 12, 2012** |
| **KEV Security Inc.**<br>**Attn:  Kenneth J. Wolgast**<br>**264 Colfax Avenue**<br>**Clifton, NJ 07013-1702** | **Service Agreement for Alarm Agreement dated February 12, 2013** |
| **Lincoln Automotive Financial Services**<br>**PO Box 220564**<br>**Pittsburgh, PA 15257** | **Lease on 2011 Lincoln MKZ, vehicle no. 3LNHL2JC5BR77303** |
| **NJ Division of Taxation**<br>**PO Box 59**<br>**Trenton, NJ 08646-0059** | **Agreement with the NJ Division of Taxation for payment of past payroll taxes** |
| **OPTIMA Healthcare Solutions**<br>**Attn:  Stephan C.Mackie**<br>**4229 SW High Meadows Ave**<br>**Palm City, FL 34990** | **License, Maintenace and Hosting Agreement dated August 22, 2013** |
| **Passiac Valley Hospice**<br>**783 Riverview Drive**<br>**Box 1007**<br>**Totowa, NJ 07514** | **Service Agreement for Hospice Care dated March 31, 2015** |
| **Patient Care Associates**<br>**Attn:  Leonard Tanzer**<br>**141 Halstead Ave.**<br>**Mamaroneck,, NY 10543** | **Service Agreement for Medical Testing dated May 7, 2014** |
| **Pharma Care Inc.**<br>**Attn:  Edward Cut**<br>**136 central Avenue**<br>**Clark, NJ 07066** | **Service Agreement for Pharmacy Consultant dated December 1, 2014** |
| **Philadelphia Insurance Company**<br>**c/o US Premium Finance**<br>**PO Box 924647**<br>**Norcross, GA 30010** | **Automobile Liability Policy No. PHPK1041215** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **NJ Healthcare Facilities Management LLC** _____,  Case No.   **15-14871 (VFP)** _____

                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Plymouth Rock Energy**<br>**1074 Broadway**<br>**Woodmere, NJ 11598** | **Electrical Sales Agreement dated August 7, 2014** |
| **Scottsdale Insurance Company**<br>**c/o AmeriHealth Casualty Services**<br>**Lockbox 8271**<br>**PO Box 8500**<br>**Philadelphia, PA 19178-8271** | **Commercial General Liability Policy No.**<br>**KBS0000001** |
| **St. Joseph's Medical Center**<br>**Attn:  Yolande Koenigstein**<br>**703 Main Street**<br>**Paterson, NJ 07503** | **Affliation and Transfer Agreement dated May 30, 2014** |
| **US Premium Finance**<br>**PO Box 92647**<br>**Norcross, GA 30010** | **Premium Finance Agreement and Disclosure Statement** |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **NJ Healthcare Facilities Management LLC**                                    Case No.    **15-14871 (VFP)**
                                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re __NJ Healthcare Facilities Management LLC__      Case No. __15-14871 (VFP)__

Debtor(s)      Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __52__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 6, 2015__          Signature   __/s/ Linda Bowersox__

                                                     **Linda Bowersox**

                                                     **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re **NJ Healthcare Facilities Management LLC**                    Case No.    **15-14871 (VFP)**

Debtor(s)                    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,586,365.06 | **2015 YTD: Business Income** |
| $12,637,277.00 | **2014: Business Income** |
| $11,335,267.00 | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider SOFA-3(b) | 12/19/2014 - 3/19/2015 | $1,324,450.62 | $0.00 |

None □

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider SOFA 3-(c) | | $236,823.26 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FNR Lakeview, LLC vs. New Jersey Health Care Facilities Management, LLC Docket No. C-123-13 | Complaint for non-payment of rent | Superior Court of New Jersey Passaic County Chancery Division: General Equity Part | Pending |
| JZ Ventures, LLC vs. Lakeview Subacute Center, Inc. and New Jersey Healthcare Facilities Management, LLC d/b/a Advanced Care Center at Lakeview Docket No. UNN-L-119-13 | Complaint | Superior Court of New Jersey Union County Law Division | Pending |
| Hill-Rom Co., Inc. vs. NJ Healthcare Facilities Management LLC t/a Advanced Care Center at Lakeview Docket No. PAS L 3492-13 | Complaint | Superior Court of New Jersey Passaic County Chancery Division | Judgment |

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                                          3

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐        preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
         property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
         filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bauer Farms** | **8/27/2014** | **Levy on bank account - $3,481.63 + $546.69** |
| **Clean Tex Linen**<br>**491 Lyons Avenue**<br>**Irvington, NJ 07111** | **July 9, 2014** | **Levy on bank account - $12,419.49** |
| **Clean Tex Linen**<br>**491 Lyons Avenue**<br>**Irvington, NJ 07111** | **July 24, 2014** | **Levy on bank account - $108,673.43** |

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■        returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
         or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
         spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■        this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☐        preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
         property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
         filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **McElroy, Deutsch, Mulvaney & Carpenter**<br>**Attn:  James J. DiGiulio**<br>**Court Appointed Fiscal Agent**<br>**1300 Mount Kemble Avenue**<br>**Morristown, NJ 07962-2075** | **FNR Lakeview, LLC vs. New Jersey Healthcare Facilities Management, LLC**<br>**Docket No. PAS-C-123-13** | | **$498,395.00** |

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■        and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
         aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
         either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          4

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trenk, DiPasquale, Della Fera & Sodono** **347 Mt. Pleasant Avenue** **Suite 300** **West Orange, NJ 07052** | **3/19/2015** | **$35,844.00 (being held in escrow)** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Lakeland Bank** **231 Black Oak Ridge Road** **Wayne, NJ 07470** | **Savings account number 994703825** | **9/23/2013 - $5.48** |
| **Bank of America** **709 Hamburg Turnpike** **Wayne, NJ 07470** | **Durham account no. 48304632133** | **10/9/2013** |

B7 (Official Form 7) (04/13)                                                                                                      5

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**709 Hamburg Turnpike**<br>**Wayne, NJ 07470** | **Savings account no. 381036966099** | **6/1/2013** |

---

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Clean Tex Linen**<br>**491 Lyons Avenue**<br>**Irvington, NJ 07111** | | **$108,666.43** |

---

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B7 (Official Form 7) (04/13)                                                                                      6

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

B7 (Official Form 7) (04/13)

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tracy Meyers**<br>**362 Belmont Avenue**<br>**Haledon, NJ 07508** | **3/19/2013 - 5/27/2013** |
| **Patricia DeVust**<br>**388 Gettysburg Way**<br>**Lincoln Park, NJ 07035** | **3/19/2013 - Present** |
| **Brand Sonnenschine LLP**<br>**Attn:  Sam Sonnenschine**<br>**299 Broadway**<br>**Suite 600**<br>**New York, NY 10007** | **9/1/2014 - Present** |
| **Future Care Consultants**<br>**170 53rd Street**<br>**Third Floor**<br>**Brooklyn, NY 11232** | **2/1/2014  - Present** |
| **Richard Grosso Jr.**<br>**130 Terhune Drive**<br>**Wayne, NJ 07470** | **3/19/2013 - Present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **John Mirabelli** | **14 Mettle Lane**<br>**Wharton, NJ 07885** | **8/1/2013 - 10/2014** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Advanced Care Center at Lakeview** | **130 Terhune Drive**<br>**Wayne, NJ 07470** |
| **Future Care** | **170 53rd Street**<br>**Brooklyn, NY 11232** |
| **Brand Sonnenschine LLP** | **Attn:  Sam Sonnenschine**<br>**299 Broadway**<br>**Suite 600**<br>**New York, NY 10007** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Capital Source Bank**<br>**30699 Russell Rand Road**<br>**Suite 200**<br>**Westlake Village, CA 91362** | **June 2013** |
| **Durham Commercial Capital**<br>**101 Sully's Drive**<br>**Building 20**<br>**Pittsford, NY 14534** | **June 2013** |
| **M&T Bank** | **May 2013** |
| **Muneris** | **March 2013** |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **N/A** | **Richard F. Gross, Jr.** | **$125,000.00 (estimated)**<br>**Does not have a full inventory since**<br>**opening business on 1/1/2012** |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **N/A** | **Richard Grosso Jr.**<br>**130 Terhune Drive**<br>**Wayne, NJ 07470** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Linda Bowersox**<br>**130 Terhune Drive**<br>**Wayne, NJ 07470** | **Managing Member** | **95.01% ownership** |
| **Nathan Friedman**<br>**c/o Chestnut Development Associates, Inc.**<br>**555 Chestnut Ridge Road**<br>**Woodcliff Lake, NJ 07677** | **Non-Voting Minority Member** | **4.99% ownership** |
| **Richard Grosso Jr.**<br>**130 Terhune Drive**<br>**Wayne, NJ 07470** | **Director** | |

B7 (Official Form 7) (04/13)                                                                 9

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                              DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
□
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                 OR DESCRIPTION AND
**See Rider SOFA 3-(c)**                                         VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**NJ Healthcare Facilities Management LLC**
**Case No. 15-14871 (VFP)**

**Statement of Financial Affairs - Rider 3(b)**
**Payments Made to Creditors Within 90 Days of Filing Petition**

| Check Date | Check # | Name of Creditor | Address | Amount | Total Amount |
|---|---|---|---|---|---|
| | | | | | |
| 12/22/2014 | WF-1374 | A T & T | PO Box 5019, Carol Stream, IL 60197 | $ 9,048.46 | |
| 3/3/2015 | WF-1694 | A T & T | PO Box 5019, Carol Stream, IL 60197 | $ 9,574.49 | $ 18,622.95 |
| | | | | | |
| 2/2/2015 | WF-1578 | AMERIHEALTH CASUALTY SERVICE | PO Box 8500, Lock Box 8271, Philadelphia, PA 19178 | $ 31,916.44 | |
| 3/3/2015 | WF-1693 | AMERIHEALTH CASUALTY SERVICE | PO Box 8500, Lock Box 8271, Philadelphia, PA 19178 | $ 15,958.22 | $ 47,874.66 |
| | | | | | |
| 12/31/2014 | WF-1646 | BANK OF AMERICA | | $ 8,000.00 | |
| 12/31/2014 | BOA-51 | BANK OF AMERICA | | $ 113.75 | |
| 2/23/2015 | BOA-39 | BANK OF AMERICA | | $ 16.00 | $ 8,129.75 |
| | | | | | |
| 1/16/2015 | WF-1542 | BRAND SONNENSCHINE LLP | 299 Broadway, Suite 600, New York, NY 10007 | $ 8,660.00 | |
| 3/2/2015 | WF-1685 | BRAND SONNENSCHINE LLP | 299 Broadway, Suite 600, New York, NY 10007 | $ 10,000.00 | $ 18,660.00 |
| | | | | | |
| 1/13/2015 | WF-1530 | CABLEVISION | PO Box 371378, Pittsburgh, PA  15250 | $ 6,000.00 | |
| 1/23/2015 | WF-1556 | CABLEVISION | PO Box 371378, Pittsburgh, PA  15250 | $ 1,348.81 | $ 7,348.81 |
| | | | | | |
| 1/13/2015 | WF-1525 | CREAM-O-LAND DAIRIES LLC | PO Box 143, Florence, NJ 08518 | $ 6,577.01 | $ 6,577.01 |
| | | | | | |
| 12/22/2014 | WF-1377 | FDR SERVICES CORP | PO Box 1994, Hicksville, NY  11802 | $ 9,876.92 | |
| 1/16/2015 | WF-1543 | FDR SERVICES CORP | PO Box 1994, Hicksville, NY  11802 | $ 9,876.92 | |
| 2/18/2015 | WF-1608 | FDR SERVICES CORP | PO Box 1994, Hicksville, NY  11802 | $ 12,346.15 | $ 32,099.99 |
| | | | | | |
| 12/30/2014 | WF-1387 | FUTURE CARE CONSULTANTS | 170 53rd Street, Brooklyn, NY  11232 | $ 29,000.00 | |
| 3/2/2015 | WF-1686 | FUTURE CARE CONSULTANTS | 170 53rd Street, Brooklyn, NY  11232 | $ 29,000.00 | $ 58,000.00 |
| | | | | | |
| 2/19/2015 | WF-1614 | GE HEALTHCARE FIN SERVICE | PO Box 641419, Pittsburgh, PA 15264 | $ 3,394.03 | |

| Date | WF # | Name | Address | Amount 1 | | Amount 2 | |
|---|---|---|---|---|---|---|---|
| 3/6/2015 | WF-1708 | GE HEALTHCARE FIN SERVICE | PO Box 641419, Pittsburgh, PA 15264 | $ | 6,957.76 | $ | 10,351.79 |
| | | | | | | | |
| 12/24/2014 | WF-1380 | HILL ROM | c/o Rothbard, Rothbard, Kohn & Kellar, 50 Park Place, Suite 1228, Newark, NJ 07102 | $ | 3,787.83 | | |
| 1/26/2015 | WF-1573 | HILL ROM | c/o Rothbard, Rothbard, Kohn & Kellar, 50 Park Place, Suite 1228, Newark, NJ 07102 | $ | 3,787.83 | | |
| 3/2/2015 | WF-1687 | HILL ROM | c/o Rothbard, Rothbard, Kohn & Kellar, 50 Park Place, Suite 1228, Newark, NJ 07102 | $ | 3,787.83 | $ | 11,363.49 |
| | | | | | | | |
| 1/6/2015 | WF-1396 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 28,264.79 | | |
| 2/13/2015 | WF-1598 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 17,321.33 | | |
| 2/27/2015 | WF-1678 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 50,000.00 | | |
| 3/2/2015 | WF-1688 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 32,000.00 | | |
| 3/6/2015 | WF-1714 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 40,000.00 | | |
| 3/18/2015 | WF-1733 | HOSPITALITY CONSULTING & SUPPLY LLC | | $ | 62,500.00 | $ | 230,086.12 |
| | | | | | | | |
| 3/2/2015 | WF-1689 | HUNZIKER,JONES & SWEENEY | 155 Route 46 West, Wayne, NJ 07470 | $ | 25,000.00 | $ | 25,000.00 |
| | | | | | | | |
| 1/13/2015 | WF-1526 | INNOVATIVE SUPPLY GROUP | 110 Hillside Blvd., Suite 7, Lakewood, NJ 08701 | $ | 1,557.67 | | |
| 1/16/2015 | WF-1551 | INNOVATIVE SUPPLY GROUP | 110 Hillside Blvd., Suite 7, Lakewood, NJ 08701 | $ | 3,143.51 | | |
| 2/10/2015 | WF-1595 | INNOVATIVE SUPPLY GROUP | 110 Hillside Blvd., Suite 7, Lakewood, NJ 08701 | $ | 6,427.20 | | |
| 3/11/2015 | WF-1720 | INNOVATIVE SUPPLY GROUP | 110 Hillside Blvd., Suite 7, Lakewood, NJ 08701 | $ | 4,464.98 | $ | 15,593.36 |
| | | | | | | | |
| 12/22/2014 | WF-1373 | JERSEY CENTRAL POWER & LIGHT | PO Box 3687, Akron, OH 44309 | $ | 38,862.69 | | |
| 1/19/2015 | WF-1555 | JERSEY CENTRAL POWER & LIGHT | PO Box 3687, Akron, OH 44309 | $ | 13,421.79 | $ | 52,284.48 |
| | | | | | | | |
| 1/23/2015 | WF-1568 | JZ VENTURES LLC | 209 East 11th Avenue, Roselle, NJ 07203 | $ | 10,000.00 | | |
| 2/13/2015 | WF-1599 | JZ VENTURES LLC | 209 East 11th Avenue, Roselle, NJ 07203 | $ | 24,000.00 | | |
| 3/2/2015 | WF-1690 | JZ VENTURES LLC | 209 East 11th Avenue, Roselle, NJ 07203 | $ | 50,000.00 | $ | 84,000.00 |
| | | | | | | | |
| 2/19/2015 | WF-1613 | LEIFER, JOEL | | $ | 7,314.30 | $ | 7,314.30 |
| | | | | | | | |
| 2/13/2015 | WF-1600 | MAJOR MEDICAL HOSPITAL SERVICES, INC. | 150 Cooper Road, Suite G-20, West Berlin, NJ 08091 | $ | 5,992.70 | | |
| 1/13/2015 | WF-1515 | MAJOR PRODUCTIONS INC. | 16 Peake Road, Edison, NJ 08837 | $ | 475.00 | $ | 6,467.70 |

| 3/5/2015 | WF-1705 | MEDLINE INDUSTRIES INC | PO Box 382075, Pittsburgh, PA  15251 | $ | 22,500.00 | $ | 22,500.00 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 1/13/2015 | WF-1531 | MGI BROKERAGE INC | PO box 190128, Brooklyn, NY  11219 | $ | 14,909.04 | $ | 14,909.04 |
|  |  |  |  |  |  |  |  |
| 12/31/2014 | WF-1388 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 8,216.00 |  |  |
| 12/31/2014 | WF-1389 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 1,525.00 |  |  |
| 2/2/2015 | WF-1574 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 8,216.00 |  |  |
| 2/2/2015 | WF-1575 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 1,525.00 |  |  |
| 3/2/2015 | WF-1680 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 8,216.00 |  |  |
| 3/2/2015 | WF-1681 | NJ DIVISION OF TAXATION | PO Box 190, Trenton, NJ 08695 | $ | 1,525.00 | $ | 29,223.00 |
|  |  |  |  |  |  |  |  |
| 1/19/2015 | WF-1553 | NJ NURSING HOME PROVIDER | NHA 100 TAX, Trenton, NJ 08646 | $ | 63,962.72 |  |  |
| 1/19/2015 | WF-1554 | NJ NURSING HOME PROVIDER | NHA 100 TAX, Trenton, NJ 08646 | $ | 9,857.84 | $ | 73,820.56 |
|  |  |  |  |  |  |  |  |
| 12/31/2014 | WF-1641 | PHILADELPHIA INDEMNITY INSURANCE CO. | One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004 | $ | 4,221.16 |  |  |
| 12/31/2014 | WF-1642 | PHILADELPHIA INDEMNITY INSURANCE CO. | One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004 | $ | 10,687.88 | $ | 14,909.04 |
|  |  |  |  |  |  |  |  |
| 12/24/2014 | WF-1638 | PNA |  | $ | 3,200.00 |  |  |
| 12/31/2014 | WF-1647 | PNA |  | $ | 15,000.00 |  |  |
| 12/31/2014 | WF-48 | PNA |  | $ | 8,000.00 | $ | 26,200.00 |
|  |  |  |  |  |  |  |  |
| 12/22/2014 | WF-1378 | POINT CLICK CARE | PO Box 674802, Detroit, MI 48267 | $ | 2,152.21 |  |  |
| 3/4/2015 | WF-1702 | POINT CLICK CARE | PO Box 674802, Detroit, MI 48267 | $ | 4,304.42 | $ | 6,456.63 |
|  |  |  |  |  |  |  |  |
| 1/8/2015 | WF-1402 | PREMIUM FINANCE | PO Box 924647, Norcross, GA  30010 | $ | 97.68 |  |  |
| 1/15/2015 | WF-1533 | PREMIUM FINANCE | PO Box 924647, Norcross, GA  30010 | $ | 6,512.31 |  |  |
| 2/12/2015 | WF-1597 | PREMIUM FINANCE | PO Box 924647, Norcross, GA  30010 | $ | 6,512.31 |  |  |
| 3/6/2015 | WF-1712 | PREMIUM FINANCE | PO Box 924647, Norcross, GA  30010 | $ | 6,512.31 |  |  |
| 3/13/2015 | WF-1724 | PREMIUM FINANCE | PO Box 924647, Norcross, GA  30010 | $ | 6,512.31 | $ | 26,146.92 |
|  |  |  |  |  |  |  |  |
| 1/5/2015 | WF-1391 | SFA |  | $ | 112,950.00 |  |  |
| 1/15/2015 | WF-1532 | SFA |  | $ | 64,360.00 | $ | 177,310.00 |
|  |  |  |  |  |  |  |  |

| Date | WF # | Name | Address | Amount | Total |
|---|---|---|---|---|---|
| 2/13/2015 | WF-1605 | SOBEL & CO LLC | 293 Eisenhower Parkway, Suite 290, Livingston, NJ 07039 | $ 7,800.00 | $ 7,800.00 |
|  |  |  |  |  |  |
| 1/23/2015 | WF-1569 | SPECIALITY RX | 209 E. 11th Avenue, Roselle, NJ 07203 | $ 10,000.00 |  |
| 2/13/2015 | WF-1601 | SPECIALITY RX | 209 E. 11th Avenue, Roselle, NJ 07203 | $ 14,457.56 |  |
| 2/27/2015 | WF-1679 | SPECIALITY RX | 209 E. 11th Avenue, Roselle, NJ 07203 | $ 50,000.00 |  |
| 3/2/2015 | WF-1691 | SPECIALITY RX | 209 E. 11th Avenue, Roselle, NJ 07203 | $ 42,525.35 |  |
| 3/18/2015 | WF-1734 | SPECIALITY RX | 209 E. 11th Avenue, Roselle, NJ 07203 | $ 62,500.00 | $ 179,482.91 |
|  |  |  |  |  |  |
| 1/13/2015 | WF-1520 | TECHNICAL GAS PRODUCTS INC | 66 Leonardo Drive, North Haven, CT 06473 | $ 8,290.81 |  |
| 2/23/2015 | WF-1635 | TECHNICAL GAS PRODUCTS INC | 66 Leonardo Drive, North Haven, CT 06473 | $ 3,211.15 |  |
| 3/11/2015 | WF-1721 | TECHNICAL GAS PRODUCTS INC | 66 Leonardo Drive, North Haven, CT 06473 | $ 1,982.62 | $ 13,484.58 |
|  |  |  |  |  |  |
| 3/4/2015 | WF-1703 | TWIN MED LLC | PO Box 54390, Los Angeles, CA 90054 | $ 6,250.00 | $ 6,250.00 |
|  |  |  |  |  |  |
| 1/16/2015 | WF-1552 | UNITED GROUP PROGRAMS INC | 350 N. Orleans Street, Floor 8, Suite 1257, Chicago, IL 60654 | $ 8,826.57 |  |
| 3/12/2015 | WF-1722 | UNITED GROUP PROGRAMS INC | 350 N. Orleans Street, Floor 8, Suite 1257, Chicago, IL 60654 | $ 25,199.55 | $ 34,026.12 |
|  |  |  |  |  |  |
| 1/23/2015 | WF-1570 | WESTERN ENVIRONMENTAL SOL | 2535 Kennedy Boulard, Jersey City, NJ 07304 | $ 15,438.67 |  |
| 3/2/2015 | WF-1692 | WESTERN ENVIRONMENTAL SOL | 2535 Kennedy Boulard, Jersey City, NJ 07304 | $ 10,933.16 |  |
| 3/18/2015 | WF-1735 | WESTERN ENVIRONMENTAL SOL | 2535 Kennedy Boulard, Jersey City, NJ 07304 | $ 25,785.58 | $ 52,157.41 |
|  |  |  |  |  |  |
|  |  |  |  | $ 1,324,450.62 | $ 1,324,450.62 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NJ Healthcare Facilities Management LLC**
**Case No. 15-14871 (VFP)**

**Statement of Financial Affairs - Rider 3(c)**
**Payments Made to Insiders Within One Year of Filing Petition**

| Transaction Date | Check No. or EFT | Name of Insider | Address | Relationship to Debtor | Amount | Total Amount |
|---|---|---|---|---|---|---|
| | | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 187.24 | |
| 3/13/2015 | 3829 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,832.44 | |
| 3/13/2015 | 807 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 1,266.28 | |
| 2/27/2015 | 7678 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,829.00 | |
| 2/13/2015 | 7470 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,829.00 | |
| 1/30/2015 | 7271 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,438.42 | |
| 1/15/2015 | 7076 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,829.00 | |
| 12/30/2014 | 6886 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,237.96 | |
| 12/12/2014 | 6679 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,237.96 | |
| 11/26/2014 | 6474 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,237.96 | |
| 11/14/2014 | 6266 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,238.01 | |
| 11/30/2014 | 6062 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,237.96 | |
| 10/15/2014 | 5833 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,237.96 | |
| 9/30/2014 | 5647 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,108.41 | |
| 9/15/2014 | 5444 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 8/29/2014 | 5258 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,795.38 | |
| 8/15/2014 | 5058 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 7/30/2014 | 4863 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 4,795.48 | |
| 7/15/2014 | 4671 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 6/30/2014 | 4474 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 6/13/2014 | 4267 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 5/30/2014 | 4068 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 1,957.42 | |
| 5/30/2014 | 4067 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 5/15/2014 | 3861 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 1,957.42 | |
| 5/15/2014 | 3860 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 4/30/2014 | 3666 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 2,094.91 | |
| 4/30/2014 | 3665 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| 4/30/2014 | 753 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 2,094.91 | |
| 4/15/2014 | 3468 | Linda Bowersox | 130 Terhune Drive, Wayne, NJ 07470 | Managing Member | $ 3,869.01 | |
| | | | | | | $ 103,264.21 |
| | | | | | | |
| 1/1/2014 | 40301 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 1,952.48 | |
| 3/10/2014 | 40419 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 500.00 | |
| 4/1/2014 | 8202 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,000.00 | |
| 3/13/2015 | 8005 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,196.20 | |
| 3/13/2015 | 810 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,255.72 | |
| 3/13/2015 | 808 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 1,463.48 | |

| Transaction Date | Check No. or EFT | Name of Insider | Address | Relationship to Debtor | Amount | Total Amount |
|---|---|---|---|---|---|---|
| 2/27/2015 | 7792 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,171.69 | |
| 2/13/2015 | 7581 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,171.69 | |
| 1/30/2015 | 7375 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,792.49 | |
| 1/15/2015 | 7177 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,171.69 | |
| 12/30/2014 | 6986 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,576.01 | |
| 12/12/2014 | 6791 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,576.01 | |
| 11/26/2014 | 6581 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,576.01 | |
| 11/14/2014 | 6373 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,576.01 | |
| 11/30/2014 | 6163 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,575.96 | |
| 10/15/2014 | 5957 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,834.16 | |
| 10/15/2014 | 5956 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,576.01 | |
| 9/30/2014 | 5548 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,464.51 | |
| 9/15/2014 | 5753 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,836.75 | |
| 8/29/2014 | 5353 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 8/15/2014 | 5161 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 7/30/2014 | 4965 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 5,151.34 | |
| 7/15/2014 | 4770 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 6/30/2014 | 4572 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 6/13/2014 | 4379 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 5/30/2014 | 4165 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,273.54 | |
| 5/30/2014 | 4164 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 5/15/2014 | 3966 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,273.59 | |
| 5/15/2014 | 3966 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 4/30/2014 | 3770 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,434.16 | |
| 4/30/2014 | 3769 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| 4/30/2014 | 754 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 2,434.16 | |
| 4/15/2014 | 3570 | Richard Grosso, Jr. | 130 Terhune Drive, Wayne, NJ 07470 | Director | $ 4,207.55 | |
| | | | | | | $ 133,559.05 |

B7 (Official Form 7) (04/13)                                                                                          10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **April  6, 2015**                          Signature    **/s/ Linda Bowersox**
                                                                  **Linda Bowersox**
                                                                  **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re    **NJ Healthcare Facilities Management LLC**                        Case No.    **15-14871 (MFP)**

Debtor(s)                                         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept | $ **Fees and Expenses as Allowed by the Court** |
| Prior to the filing of this statement I have received | $ **50,000.00**\*\* |
| Balance Due | $ **Fees and Expenses as Allowed by the Court** |

2.    $ **1,717.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

**\*\* $14,516.00 for pre-petition services.  $35,844.00 is being held in escrow pending Court approval**

4.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   **General representation of the Debtor in its Chapter 11 Case as set forth in the Application for the Retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. as Counsel to the Debtor [Docket No. 5].**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 6, 2015**                          **/s/ Anthony Sodono, III**
**Anthony Sodono, III**
**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
**973-243-8600   Fax: 973-243-8677**

---

# United States Bankruptcy Court
### District of New Jersey

In re   **NJ Healthcare Facilities Management LLC**                                    ,

Debtor

Case No.   **15-14871 (VFP)**

Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chestnut Development Associates, Inc. Attn:  Nathan Friedman 555 Chestnut Ridge Road Woodcliff Lake, NJ 07677** | **Membership Interest** | **4.99%** | |
| **Linda Bowersox 130 Terhune Drive Wayne, NJ 07470** | **Membership Interest** | **95.01%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  6, 2015**

Signature   **/s/ Linda Bowersox**

**Linda Bowersox**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re  **NJ Healthcare Facilities Management LLC**                                     Case No.  **15-14871 (VFP)**

                                                                Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:  **April  6, 2015**                                **/s/ Linda Bowersox**

                                                                **Linda Bowersox/Managing Member**
                                                                Signer/Title

Academy Electrical Contractors
17 Palisade Avenue #A
Emerson, NJ 07630

Ace Endicio
80 International Boulevard
Brewster, NY 10509

Action Elevator Inc.
125 Cllinton Road
Unit #6
Fairfield, NJ 07004

Activity Solutions
PO Box 11559
Cincinnati, OH 45211

Aculabs, Inc.
2 Kennedy Boulevard
East Brunswick, NJ 08816

Air Gas USA, LLC
5 Iron Horse Road
Oakland, NJ 07436

Allstate Medical
34 35th Street
Brooklyn, NY 11232

American Paper Supply Company
PO Box 346
Carlstadt, NJ 07072

American Proficiency Institute
PO Box 72465
Cleveland, OH 44192

Amerihealth Casualty
8000 Midlantic Avenue
Suite 410 North
Mount Laurel, NJ 08054

Approved Storage & Hauling Inc.
110 Edison Avenue
Mount Vernon, NY 10550

Approved  Storage  and
Waste  Hauling
110  Edison  Avenue
Mount Vernon, NY 10550


Aqua  Pro  Tec  Laboratories
1275  Bloomfield  Avenue
Fairfield, NJ 07004


Archive  Systems
39  Plymouth  Street
Newark, NJ 07101


Avalon  Painting  Corp.
157  Astor  Street
Newark, NJ 07114


Beacon  Medaes
PO  Box  601452
Charlotte, NC 28260-1452


Bemes,  Inc.
808  Sun  Park  Drive
Fenton, MO 63026


Bergen  Community  College
Attn:  Dr. Ronald A  Milon
400  Paramus  Road
Paramus, NJ 07652


BKD  LLP
910  E.  Louis  Street
suite  200
Springfield, MO 65801


Brand  Sonnenschine  LLP
229  Broadway
Suite  600
New York, NY 10007


Brand  Sonnenschine  LLP
Attn:  Samuel  Sonnenschine
299  Broadway
Suite  600
New York, NY 10007

Bratt  Maintenance
24  Elm  Street
Suite  3B
Montclair, NJ 07042


Briggs  Healthcare
PO  Box  1355
West Des Moines, IA 50266


BZO  Foley,  LLC
1417  65th  Street
Brooklyn, NY 11219


Cablevision
PO  Box  371378
Pittsburgh, PA 15250


Cablevision  Media  Sales  Group
40  Potash  Road
Oakland, NJ 07436


Cablevision  Systems  Corporation
Attn:  Ellen  Adler
40  Potash  Road
Oakland, NJ 07436


Capflow  Funding  Group
PO  Box  347767
Pittsburgh, PA 15251-4767


Care  Associates  Network  LLC
147  Columbia  Turnpike
Suite  302
Florham Park, NJ 07932


Caretech  Group
1123  McDonald  Avenue
Brooklyn, NY 11230


Carstens
PO  Box  99110
Chicago, IL 60693

CBS  Outdoor
185  US  Highwawy  46
Fairfield, NJ 07004


Celamark  Corporation
8  Digital  Drive
Suite  100
Novato, CA 94949


Ceridian  Small  Business
3311  E.  Old  Shakopee  Road
Minneapolis, MN 55425


Cerner  Corporation
PO  Box  412702
Kansas City, MO 64141-2702


Charles  Tabeek
430  Boonton  Turnpike
Lincoln Park, NJ 07035


Chestnut  Development  Associates,  Inc.
Attn:  Nathan  Friedman
555  Chestnut  Ridge  Road
Woodcliff Lake, NJ 07677


Christmas  Decor  By  Creative  Images
101  East  Main  Street
Little Falls, NJ 07424


Citiwaste  LLC
PO  Box  360102
Brooklyn, NY 11236


Clara  Maass  Medical  Center
PO  Box  29947
New York, NY 10087


Clear  Channel  Media  &  Entertainment
45  Mitchell  Avenue
Franklin, NJ 07416


Coffee  Distributing  Corp.
PO  Box  766
New Hyde Park, NY 11040

Companion Property & Casualty
Insurance Company
1700 Market Street
Philadelphia, PA 19103


Computrs, Inc.
294 Wanaque Avenue
Pompton Lakes, NJ 07442


Continental Health Group
405 Sherwood Drive
Kittanning, PA 16201


Creating with Clay, LLC
98 Wood Street
Wyckoff, NJ 07481


Crestcare Healthcare Supply
PO Box 727
Dassel, MN 55325


Croker Fire Drill Corp.
PO Box 368
Islip Terrace, NY 11752


Culinary Depot
2 Melnick Drive
Monsey, NY 10952


Delta Dental
PO Box 23700
Newark, NJ 07189


Dino Pierre
12 Salter Drive
Montville, NJ 07045


Direct TV
57 Woodland Road
Demarest, NJ 07627


Dixie Gents
Attn: W. Miranda
10 Easdale Road
Wayne, NJ 07470

DNS Services
440 NE 77th Avenue, Suite 275
PO Box 8941
Vancouver, WA 98668-8941


Dolores T. Grosso
600 Masters Way
Palm Beach Gardens, FL 33418


Dr. Gamil Makar, M.D.
1700 NJ 3
Clifton, NJ 07013


Dr. James D. Foley, MD
149 North Mountain Avenue
Montclair, NJ 07042


Driscoll Foods
4174 Delawanna Avenue
Clifton, NJ 07014


Eastern Door Service
70 Cathy Lane
Unit 1
Burlington, NJ 08016


Ecolab
PO Box 905327
Charlotte, NC 28290


Emdeon
PO Box 572490
Salt Lake City, UT 84157-2490


Eric Kerssen
37 Beaver Avenue
West Milford, NJ 07480


Eric T. Schneiderman, Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

EZ Pass
PO Bx 15187
Albany, NY 12212


Falk & Associates
Liberty Halll Center
1085 Morris Avenue
Union, NJ 07083


FDR Services Corp.
PO Box 1994
Hicksville, NY 11802


Fern Office Supplies
PO Box 390
Monsey, NY 10952


FNR Lakeview, LLC
Attn:  Mr. Zvi Feiner
8170  McCormick Boulevard
Suite 100
Skokie, IL 60076


FNR Lakeview, LLC
Attn:  Zvi Feiner
8170 McCormick Blvd.
Suite 100
Skokie, IL 60076


Ford Motor Credit Corporation
PO Box 220564
Pittsburgh, PA 15257-2564


Fulline Supply Company
PO Box 786
Maywood, NJ 07607


Future Care Consultants
170 53rd Street
Third Floor
Brooklyn, NY 11232


Future Care Consultants
Attn:  Sam Stern
170 53rd Street
Brooklyn, NY 11232

Garden State Medical Supply
24 Union Avenue Q
Lakehurst, NJ 08733


GE Healthcare Fin Services
PO Box 641419
Pittsburgh, PA 15264


GE Healthcare Financial Services
Attn: Francis Cheh
P.O. Box 641419
Pittsburgh, PA 15264-1419


General Electric Capital Corporation
PO Box 414 W490
Milwaukee, WI 53201


Gerimedix, Inc.
PO Box 75328
Chicago, IL 60675-5328


Gordon Irrigation
PO Box 84
Harrington Park, NJ 07640


Guston & Guston, LLP
55 Harristown Road
Suite 106
Glen Rock, NJ 07452


H&R Healthcare
1750 Oak Street
Lakewood, NJ 08701


Health Care Resources
12 Roszel Road
Suite C102
Princeton, NJ 08540


Health Medx
5100 N. Towne Centre Drive
Ozark, MO 65721

Hellring Lindeman Goldstein & Siegal
One Gateway Center
Newark, NJ 07102-5323


Hictory Bathing & Healthcare Solutions
5 Somerset Street
Whitehouse Station, NJ 08889


Hill Rom Company
c/o Rothbard, Rothbard, Kohn & Kellar
50 Park Place
Newark, NJ 07102


Hospitality Consulting
2535 John F. Kennedy Blvd.
Jersey City, NJ 07304


HQAA
PO Box 1948
Waterloo, IA 50704-1948


Hunziker, Jones & Sweeney
155 Route 46 West
Wayne, NJ 07470


I.D.M. Medical Gas Company
620 Braen Avenue
Wyckoff, NJ 07481


Innovative Supply Group
110 Hillside Blvd, Suite 7
Lakewood, NJ 08701


Innovative Supply Group
110 Hillside Blvd
Lakewood, NJ 08701


Internal Revenue Servicde
Special Procedures Branch
Attention: Bankruptcy Section
P.O. Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110


Internal Revenue Service
Department of the Treasury
Philadelphia, PA 19255-0030


International Brotherhood of Teamsters
Local Union #97
c/o Mets Schiro & McGovern, LLP
555 US Highway 1 South, Ste 240
Iselin, NJ 08830


Interstate Waste Services
Attn: Alex Barletta
150 Allen Road
Suite 201
Basking Ridge, NJ 07920


Invacare Supply Group
9 Industrial road
Milford, MA 01757


Iron Mountain
PO Box 27128
New York, NY 10087


IWS of New Jersey
375 Route 1&9 South
Jersey City, NJ 07306


James G. Hardy
1501 Lancer Drive
Moorestown, NJ 08057


James M. Cooney, Esq.
200 Centennial Avenue
Piscataway, NJ 08854


Jersey Central Power & Light
PO Box 3687
Akron, OH 44309

Jersey Commercial Carpet
851 Franklin Lakes Road
Suite 31
Franklin Lakes, NJ 07417


Jim Coleman Ltd.
1500 S. Hicks Road
Suite 400
Rolling Meadows, IL 60008


John Jay Hoffman, Acting Atty General
Division of Law
Hughes Justice Complex
25 Market Street
Trenton, NJ 08625-0112


JZ Ventures Limited
209 East 11th Avenue
Roselle, NJ 07203


KEV Security Inc.
Attn: Kenneth J. Wolgast
264 Colfax Avenue
Clifton, NJ 07013-1702


Kimtech Services LLC
1274 49th Street
Brooklyn, NY 11219


Laymen Global
298 Fernwood Avenue
Edison, NJ 08837-3839


Lincoln Automotive Financial Services
PO Box 220564
Pittsburgh, PA 15257


Linda Bowersox
130 Terhune Drive
Wayne, NJ 07470


Madison Title Agency, LLC
11258 Ocean Avenue
Lakewood, NJ 08701

Magic on Hold
PO Box 890271
Charlotte, NC 28289


Mail Finance
478 Wheelers Farm Road
Milford, CT 06461


Major Medical Hospital Services, Inc.
150 Cooper Road, Suite G-20
West Berlin, NJ 08091


Marks Paneth & Shron
685 Third Avenue
New York, NY 10017


McElroy, Deutsch, Mulvaney & Carpenter
Attn: James J. DiGiulio
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075


MDCC NJ, LLC
PO Box 218
Bloomingdale, NJ 07403


Medical ID Solutions
6325 McCoy Road
Orlando, FL 32822


Medical Support Products Inc.
3125 Nold Road
Lancaster, PA 17601


Medline Industries, Inc.
PO Box 382075
Pittsburgh, PA 15251-8075


Medpart
1901 10th Avenue
Brooklyn, NY 11215


Mercedes Medical
PO Box 850001
Orlando, FL 32885

Metro Med Inc.
375 Morgan Street
Phoenixville, PA 19460


Mobilex USA
920 Ridgebrook Road
Sparks Glencoe, MD 21152


Net@work
575 Eighth Avenue
New York, NY 10018


New Jersey Fire Equipment LLC
41 Pine street
Suite 103
Rockaway, NJ 07866


New Jersey Respiratory Associates
Attn: Dan Pino and Greg Pino
8 Bates Drive
Fairfield, NJ 07004


Nextwave Web
229 Marshall Street
Paterson, NJ 07503


NJ Division of Taxation
PO Box 59
Trenton, NJ 08646-0059


North Jersey Neurologic Associates PA
220 Hamburg Turnpike
Wayne, NJ 07470


Nour Compounding Pharmacy
535 Getty Avenue
Suite 2
Clifton, NJ 07011


Office of Chief Counsel
Internal Revenue Service
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

Optima  Healthcare  Solutions
PO  Box  2766
Stuart, FL 34995


OPTIMA  Healthcare  Solutions
Attn:   Stephan C.Mackie
4229  SW  High  Meadows  Ave
Palm City, FL 34990


Passiac  Valley  Hospice
783  Riverview  Drive
Box  1007
Totowa, NJ 07514


Patient  Care  Associates
Attn:   Leonard  Tanzer
141  Halstead  Ave.
Mamaroneck,, NY 10543


Patient  Care  Associates,  Inc.
141  Halstead  Avenue
Mamaroneck, NY 10543


Peckar  &  Abramson,  P.C.
Attn:   Kevin  J.  O'Connor,  Esq.
70  Grand  Avenue
River Edge, NJ 07661


Pharma  Care  Inc.
Attn:   Edward  Cut
136  central  Avenue
Clark, NJ 07066


Pharma-Care  Inc.
136  Central  Avenue
Caldwell, NJ 07006


Philadelphia  Indemnity  Insurance  Co.
One  Bala  Plaza
Suite  100
Bala Cynwyd, PA 19004


Philadelphia  Insurance  Company
c/o  US  Premium  Finance
PO  Box  924647
Norcross, GA 30010

Physio-Control, Inc.
1200 Collections Center Drive
Chicago, IL 60693


Pinnacle Dietary
50 Jeanne Drive
Newburgh, NY 12550


Plymouth Rock Energy
1074 Broadway
Woodmere, NJ 11598


Point Click Care
PO Box674802
Detroit, MI 48267


Poland Springs Direct
215 6671 Dixie Highway
suite 4
Louisville, KY 40258


Post Acute Consulting, LLC
75 Congress Street
Suite 203
Douglas, MA 01516


Promptcare Home Infusion
PO Box 512520
Philadelphia, PA 19175


Providigm, LLC
Dept. CH 19808
Palatine, IL 60055


PSE&G
PO Box 14444
New Brunswick, NJ 08906


PSS World Medical Inc.
62046 Collections Center Drive
Chicago, IL 60693


Pulse Medical Transportation
24 Andrews Drive
Little Falls, NJ 07424

Quest Diagnostics
PO Box 740985
Cincinnati, OH 45274


R&J Control Inc.
58 Harding Avenue
Dover, NJ 07801


RC Advertising
2903 Tudor Drive
Pompton Plains, NJ 07444


RC Medical Inc.
284 Merrow Road
Tolland, CT 06084


Reliable Medical Inc.
PO Box 684
Hackensack, NJ 07601


Richard Grosso Jr.
107 Breckenridge
Wayne, NJ 07470


Ritecare Medical
266 47th Street
Brooklyn, NY 11220-1010


Roadrunner Transportation Services
PO Box 809066
Chicago, IL 60680


RP Bakery LLC
840 Jersey Street
Harrison, NJ 07029


Ruth Kalamaridis
37 Ross Avenue
Emerson, NJ 07630


S. Bertram, Inc.
3401 Tremley Pont Road
Linden, NJ 07036

Safe Shredding
152 Eagle Rock Avenue
Roseland, NJ 07068


Santec
1420 Linden Avenue
Linden, NJ 07036


Scent Air Technologies Inc.
75 Remittance Drive
Suite 6542
Chicago, IL 60675-6542


Schutjer Bogar LLC
1426 N. 3rd Street
Suite 200
Harrisburg, PA 17102


Scott Giaquinto
228 Berdan Avenue
Wayne, NJ 07470


Scottsdale Insurance Company
c/o AmeriHealth Casualty Services
Lockbox 8271
PO Box 8500
Philadelphia, PA 19178-8271


Sentry Termite & Pest Control
10 Bracken Road
West Milford, NJ 07480


Sherwin-Williams
832 Mountainview Blvd.
Wayne, NJ 07470


Shred-It Newark
22A Udrey Place
Fairfield, NJ 07004


Sovereign Medical Group
85 Harristown Road
Second Floor
Glen Rock, NJ 07452

Specialty  Portable  X-Ray,  Inc.
99  Hericho  Turnpike
Suite  204
Jericho, NY 11753


Specialty  RX
99  Jericho  Turnpike
Suite  204
Jericho, NY 11753-1015


Spectrum
PO  Box  826
Bensalem, PA 19020


St.  Joseph  Hospital
8  Cedar  Road
Montville, NJ 07045


St.  Joseph  Regional  Medical  Center
703  Main  Street
Paterson, NJ 07504


St.  Joseph's  Medical  Center
Attn:   Yolande  Koenigstein
703  Main  Street
Paterson, NJ 07503


Star  Linen  &  Hospitality
1501  Lancer  Drive
Bellmawr, NJ 08099


State  of  New  Jersey
Division  of  Taxation
Bankruptcy  Section
PO  Box  245
Trenton, NJ 08695-0245


State  of  New  Jersey
Department  of  Labor
Division  of  Employer  Accounts
PO  Box  379
Trenton, NJ 08625


T-Mobile
PO  Box  742596
Cincinnati, OH 45274

Technical Gas Products
66 Leonardo Drive
Oxford, CT 06478


TenantsSafe ApplicantSafe
301 Second Street
Lakewood, NJ 08701


The Hartford Steam Boiler
21045 Network Place
Chicago, IL 60673


The Hon. Eric H. Holder, Jr.
Attorney General of the U.S.
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


The Kelly Firm, P.C.
Attn: Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762


Time Centre
7094 Peachtree Industrial Blvd.
Suite 270
Norcross, GA 30071


Tonerquest
241 37th Street
Brooklyn, NY 11232


Township of Wayne
Water Department
475 Valley Road
Wayne, NJ 07470


Township of Wayne Fire Department
475 Valley Road
Wayne, NJ 07470


Tritec Office Equipment
323 New Road
Unit 1 & 2
Parsippany, NJ 07054

Trust Security & Communications Corp.
12 Melaney Drive
Monsey, NY 10952


Twin Med LLC
PO Box 54390
Los Angeles, CA 90054-0390


United AD Label
300 Lang Boulevard
Grand Island, NY 14072


United Group Programs, Inc.
350 N. Orleans Street
Floor 8 - Suite 1257
Chicago, IL 60654


United States Attorney
for Internal Revenue Service
970 Broad Street
Fifth Floor
Newark, NJ 07102


Universal Hospital Services
SDS12-090
Minneapolis, MN 55486


Upbeat Site Furnishing
PO Box 790379
Saint Louis, MO 63179


Uresil LLC
5418 West Toughy Avenue
Skokie, IL 60077


US Premium Finance
PO Box 924647
Norcross, GA 30010


US Premium Finance
PO Box 92647
Norcross, GA 30010

Valley  Electric  Inc.
PO  Box  491
Wayne, NJ 07470


Venture  Respiratory
1413  38th  Street
Brooklyn, NY 11218


Vicki  Ann  Grosso
136 Monterey Pointe Drive
Palm Beach Gardens, FL 33418


Vision  Service  Plan
PO  Box  742788
Los Angeles, CA 90074


W.J.  Malone  Associates,  Inc.
780  Riverview  Drive
Totowa, NJ 07512


Wayne  Emergency  Medical  Assoc.
PO  Box  5514
Parsippany, NJ 07054


Wayne  Primary  Care,  PA
508 Hamburg Turnpike
Suite  102
Wayne, NJ 07470


Western  Environmental
2535 John  F.  Kennedy  Blvd.
Jersey City, NJ 07304


William  Garfinkle
89  Browning  Road
Short Hills, NJ 07078


Wound  Healing  Technologies
3611  14th  Avenue
Suite  225
Brooklyn, NY 11218


Yorkville  Coffee  Company
PO  Box  320187
Brooklyn, NY 11232

Zimmet Healthcare Services Group LLC
4006 Route 9 South
Morganville, NJ 07751


Zoll Lifecor Corp.
121 Gamma Drive
Pittsburgh, PA 15238